IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART SMITH**, individually and on behalf of all others similarly situated<br><br>v.<br><br>**AMERICAN-AMICABLE LIFE INSURNACE COMPANY OF TEXAS** | **CIVIL ACTION**<br><br>**NO. 22-333** |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 4th day of April, 2022, for the reasons in the foregoing Memorandum and after careful consideration of Defendant American-Amicable Life Insurance Company of Texas's Motion to Dismiss (ECF 7), Plaintiff Stewart Smith's Response (ECF 9), and Defendant's Reply (ECF 10), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice and with leave to file an amended complaint within twenty-one (21) days.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-333 Smith v. American-Amicable Life Ins. Co. of Texas\22cv333 Order re MtD.docx

1