IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **STEWART SMITH,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>v.<br><br>**AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS** | **CIVIL ACTION**<br><br>**NO. 22-333** |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 11th day of May, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court


**BY:**   /s/ Amanda Frazier
           Amanda Frazier
           Deputy Clerk